1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10   GILBERT CAMBALIZA,                    ) Case No. CV 13-3706 JCG
                                           )
11              Plaintiff,                 )
                                           )
12         v.                              ) **JUDGMENT**
                                           )
13   CAROLYN W. COLVIN, ACTING             )
     COMMISSIONER OF SOCIAL                )
14   SECURITY ADMINISTRATION,              )
                                           )
15                                         )
              Defendant.                   )
16                                         )
     _____       )

17

18         IT IS ADJUDGED that the decision of the Commissioner of the Social

19   Security Administration is **AFFIRMED**.

20

21   Dated: May 15, 2014

22

23                                    _____

24                                            Hon. Jay C. Gandhi
                                          United States Magistrate Judge
25

26

27

28